Christus Schumpert Highland
14653 E. Bert Kouns Ind. Lp.
Shreveport, LA  71105

Monroe's Garage, Inc.
Attn: Monroe Farrington
3120 Barksdale Blvd.
Bossier City, LA  71112

Red River Surgery Center
708 N Ashley Ridge Loop
Bldg 400
Shreveport, LA  71106

Texas Trail Emergency Phys LLC
1A Burton Hills Blvd.
Nashville, TN  37215

Willis Knighton Hospitals
POB 32600
Shreveport, LA  71130